8 A.3d 282

**Tanya HAND, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 78 EM 2010.**

Supreme Court of Pennsylvania.

Sept. 14, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September, 2010, the "Petition for Allowance," treated as a Petition for Review, is **DENIED.**